RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Erik Rojo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIK ROJO,<br><br>    Defendant. | Case No. 2:15-cr-00180-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Erik Rojo, that the Revocation Hearing currently scheduled on August 22, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than four (4) months.

This Stipulation is entered into for the following reasons:

1.     United States Probation Officer Cecil McCarroll executed a Petition for Summons for Offender Under Supervision on March 11, 2024. (ECF No. 124.)

2. Mr. Rojo made an initial appearance (at liberty) on March 28, 2024. (ECF No. 129.) The government did not seek detention, and Mr. Rojo was not detained. (*Id.*) The Court set a revocation hearing for May 2, 2024. (*Id.*)

3. Officer McCarroll filed an addendum to the petition on May 1, 2024. (ECF No. 135 (sealed).)

4. Mr. Rojo appeared for the revocation hearing on May 2, 2024. (ECF No. 136.) He admitted to the violations in the petition, and the violations in the addendum were held in abeyance. (*Id.*) The Court then continued the hearing to August 20, 2024, to allow Mr. Rojo time to regain compliance with the conditions of his supervised release. (*See id.*)

5. The Court recently continued the hearing to August 22, 2024. (ECF No. 138.)

6. Counsel for the parties conferred with Officer McCarroll in advance of the August 22, 2024 revocation hearing. Officer McCarroll informed the parties that Mr. Rojo was arrested by his state court probation officer on parole violations on May 10, 2024, and was continuously incarcerated until his release on August 6, 2024. (The violations mirrored those in this case.) Officer McCarroll proposed continuing the revocation hearing for another four months to allow Mr. Rojo time to regain compliance with the conditions of his supervised release. The parties agreed with Officer McCarroll's proposal.

7. The defendant is out of custody and agrees with the need for the continuance.

8. The parties agree to the continuance.

///

///

///

2

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ *Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIK ROJO,<br><br>　　　　Defendant. | Case No. 2:15-cr-00180-RFB<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 22, 2024 at 10:00 a.m., be vacated and continued to December 17, 2024 at 9:15 a.m.

　　DATED this 12th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE